```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

**CHRYSTAL MARLING,**

        Plaintiff,

  vs.                                      Civil Action 2:11-CV-522
                                                Judge Frost
                                                Magistrate Judge King

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security,**

        Defendant.

## ORDER

       This action seeks review of the denial by the Commissioner of Social Security of plaintiff's application for disability insurance benefits.  On July 10, 2012, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that this action be remanded to the Commissioner for further proceedings. *Report and Recommendation*, Doc. No. 16.  Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

       The *Report and Recommendation* is **ADOPTED AND AFFIRMED**.  The decision of the Commissioner is **REVERSED** and the matter is **REMANDED** to the Commissioner for further proceedings.

       The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4, 42 U.S.C. § 405(g).

                                                                /s/ Gregory L. Frost
                                                                   Gregory L. Frost
                                                            United States District Judge